THOMAS M. KENNIFF, Respondent, v. CITY OF NEW YORK, Appellant, et al., Defendants.— In an action to recover damages for personal injuries suffered when plaintiff was in contact with appellant's trolley car, judgment, entered on the verdict of a jury in favor of plaintiff, reversed on the law and the facts and a new trial granted, with costs to abide the event. The verdict is against the weight of the evidence. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

ELIZABETH C. LOEHR, Appellant, v. YONKERS GENERAL HOSPITAL, Respondent.— In an action to recover damages for personal injuries suffered by plaintiff, a paying patient in defendant hospital, as the result of defendant's alleged negligence in furnishing a defective foot stool, in failing to furnish proper lighting facilities, and in failing to respond to her signal for assistance, plaintiff appeals from a judgment, entered on the verdict of a jury, in favor of defendant. Judgment unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

MICHAEL T. MURPHY, Respondent, v. MCWILLIAMS DREDGING Co. et al., Appellants.— Action under the Fair Labor Standards Act of 1938 (U. S. Code, tit. 29, § 201 et seq.) to recover overtime compensation, liquidated damages and attorney's fees. Order of an official referee granting defendants' motion, made after the case had been tried and submitted for decision, to serve a supplemental answer invoking the benefit of a subsequent Federal enactment, upon the payment of $400 as terms, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE COVA, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting the defendant of the crime of bookmaking (Penal Law, § 986), unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

RAE REDFIELD, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.— The action is to recover damages for personal injuries suffered by plaintiff when she fell on a grating in front of defendant's premises, on snow and ice alleged to have been one-half to one inch thick, formed by the freezing of snow which was "packed down" in the course of removal of other snow from other parts of the sidewalk. Plaintiff had a verdict for $5,000. Thereafter the court granted defendant's motion to set aside the verdict, and its renewed motion to dismiss the complaint, made at the close of the case, upon which motion decision had been reserved, and plaintiff appeals. Order and judgment unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.